UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG - 7 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:13CR00322CDP |
| v. | ) | No. |
| DEVIN PALMER, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about May 1, 2013 and May 22, 2013, in the Eastern District of Missouri and elsewhere,

**DEVIN PALMER,**

the Defendant herein, willfully and knowingly did steal and purloin an income tax refund payable to M.M. in the amount of $8,407, said refund being the property of the United States.

In violation of Title 18, United States Code Section 641.

### COUNT TWO

The Grand Jury further charges that:

Between on or about May 1, 2013 and May 22, 2013, in the Eastern District of Missouri and elsewhere,

**DEVIN PALMER,**

the Defendant herein, willfully and knowingly did steal and purloin an income tax refund payable to T.P. in an amount less than $1,000, said refund being property of the United States.

In violation of Title 18, United States Code Section 641.

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney